IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Northern, Karen L

Printed: 10/7/08

Case Number: 05 B 30836
Judge: Wedoff, Eugene R

Filed: 8/5/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: July 24, 2008
Confirmed: October 27, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 27,212.44 |  |
| Secured: |  | 20,469.11 |
| Unsecured: |  | 2,261.19 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,200.00 |
| Trustee Fee: |  | 1,422.48 |
| Other Funds: |  | 859.66 |
| Totals: | 27,212.44 | 27,212.44 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Gleason & MacMaster | Administrative | 2,200.00 | 2,200.00 |
| 2. | Chase Home Finance | Secured | 0.00 | 0.00 |
| 3. | CitiFinancial | Secured | 0.00 | 0.00 |
| 4. | US Bank | Secured | 8,409.20 | 8,409.20 |
| 5. | Chase Home Finance | Secured | 15,741.69 | 10,059.91 |
| 6. | CitiFinancial | Secured | 2,000.00 | 2,000.00 |
| 7. | Devon Financial Services Inc | Unsecured | 165.76 | 46.36 |
| 8. | Premier Bankcard | Unsecured | 47.50 | 0.00 |
| 9. | Educational Credit Management Corp | Unsecured | 7,701.18 | 2,153.94 |
| 10. | City Of Chicago Dept Of Revenue | Unsecured | 59.11 | 16.54 |
| 11. | Nicor Gas | Unsecured | 158.54 | 44.35 |
| 12. | ECast Settlement Corp | Unsecured | 49.75 | 0.00 |
| 13. | Nationwide Acceptance Corp | Unsecured |  | No Claim Filed |
| 14. | No Fxing Payday Loan.Com | Unsecured |  | No Claim Filed |
| 15. | United Cash Loans | Unsecured |  | No Claim Filed |
| 16. | Rush Emergency Services | Unsecured |  | No Claim Filed |
| 17. | Short Term Loans LLC | Unsecured |  | No Claim Filed |
| 18. | Instant Cash Advance | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 36,532.73 | $ 24,930.30 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 396.47 |
| 5% | 145.36 |
| 4.8% | 222.61 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Northern, Karen L

Printed:  10/7/08

Case Number:  05 B 30836
Judge:  Wedoff, Eugene R
Filed:  8/5/05

|  |  |
|---|---|
| 5.4% | 470.95 |
| 6.5% | 187.09 |
|  | _____ |
|  | $ 1,422.48 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_/s/ Mack_____